THE STATE, EX REL. RIFE, APPELLANT, *v.* COMMON PLEAS COURT, CLARK COUNTY; HUSTED, JUDGE, APPELLEE.

[Cite as State, ex rel. Rife, v. Common Pleas Court (1977), 49 Ohio St. 2d 170.]

(No. 76-836—Decided February 16, 1977.)

*Mr. Marvin Rife, pro se.*

*Mr. James A. Berry,* prosecuting attorney, for appellee.

*Per Curiam. State, ex rel. Lowe,* v. *Common Pleas Court* (1977), 49 Ohio St. 2d 168, decided this date, is dispositive of this appeal. In *Lowe,* the time period between the filing of the petition for post-conviction relief in the trial court and the mandamus action in the appellate court was longer than the period involved here.

Accordingly, the judgment of the Court of Appeals, denying the writ, is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.